Tully LaTessa and P. Yrigoyen, trading as LaTessa Wood Carving Company, appellees, v. The Merit Company, appellant. Gen. No. 35,463.

Heard in the third division of this court for the first district at the October term, 1931. Opinion filed March 16, 1932.

J. Kentner Elliott, for appellant. Cassels, Potter & Bentley, for appellees; Raymond W. Hamill, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

William C. Diercks, appellant, v. Herman Schuessler, Jr., and Julius Weiss, appellees. Gen. No. 35,529.

Heard in the third division of this court for the first district at the October term, 1931. Opinion filed March 16, 1932.

William T. Pridmore, for appellant. Ferdinand J. Karasek, for appellees.

Mr. Justice Wilson delivered the opinion of the court.

## SECOND DISTRICT.

John A. Logan Warren, appellee, v. Judd Van Sickle et al., appellants. Gen. No. 8,283.

Heard in this court at the October term, 1930. Opinion filed February 18, 1932.

Welsh & Welsh, for appellants. Knight, Swenson & Penny and Gus S. Brown, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

McWilliams Land Company, appellant, v. Lake View State Bank, administrator of the estate of D. S. Myers, deceased, appellee. Gen. No. 8,374.

Heard in this court at the May term, 1931. Opinion filed February 18, 1932.

Greenebaum & Burns, for appellant. Donovan, Bray & Gray, for appellee; Thomas F. Donovan, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.